UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL A. WAGAN, | ) | 1:06-cv-0110 LJO WMW (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER (DOCUMENT #11) |
| WARDEN K. MENDOZA POWERS, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 15, 2007, Respondent filed a motion to extend time to file an Answer to the Petition for Writ of Habeas Corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an Answer to the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

**Dated:   June 14, 2007**          /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE